UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

### ORDER OF REASSIGNMENT

The Court, having considered the recent appointment of United States District Judge John A. Mendez and the Retirement of Judge Peter A. Nowinski, finds the necessity for reassignment of this action, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

This action is hereby reassigned to District Judge John A. Mendez, for all further proceedings.  It is further ORDERED that this action is reassigned from **Magistrate Judge** Peter A. Nowinski to **Magistrate Judge** Edmund F. Brennan for all purposes.

The new case number for this action, which must be used on all future documents filed with the court, is: 2:98-cv-2412 JAM EFB (PS).

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

Dated:  **August 7, 2008**

/s/ Anthony W. Ishii
ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE