IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENT H. BEEBE and MARSHA A. BEEBE,

      Plaintiff,                No. CIV S-98-2412 JAM EFB

  vs.

CHARLES KELSON, et al.,        ORDER RE SETTLEMENT & DISPOSITION

      Defendants.
_____/

      Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on November 21, 2008, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than sixty (60) days from the date of this order.

      All hearing dates set in this matter, including the January 9, 2009 Pretrial Conference and February 23, 2009 trial set before the Honorable John A. Mendez, are **VACATED.**

////

////

////

////

1

1     <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3 CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4     IT IS SO ORDERED.
5     DATED: November 21, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE