1  ANDREA M. MILLER [SBN: 88992]
   **NAGELEY, MEREDITH & MILLER, INC.**
2  8001 Folsom Boulevard, Suite 100
   Sacramento, CA  95826
3  Telephone No:  (916) 386-8282
   Facsimile No:    (916) 386-8952
4

5
   Attorneys for Plaintiffs BRENT H. BEEBE AND MARSHA A. BEEBE
6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13
   BRENT H. BEEBE and MARSHA A.            **Case No.:  CIV-S-98-2412JAM/EJB**
14 BEEBE,

15         Plaintiff,
                                            **REQUEST FOR ENTRY OF DISMISSAL**
16    vs.                                   **AND ORDER**

17 CHARLES KELSON, et al.,

18         Defendant.

19
           Plaintiffs BRENT H. BEEBE and MARSHA A. BEEBE hereby respectfully request
20
   that an Order of Dismissal be entered in this matter insofar as it has been settled
21
   effective December 2, 2008.
22
   DATED:  December 15, 2008              **NAGELEY, MEREDITH & MILLER, INC.**
23

24                                               /S/
                                             ANDREA M. MILLER
25                                        By: _____
                                             ANDREA M. MILLER
26                                           Attorneys for Plaintiffs
27                                         BRENT H. AND MARSHA A. BEEBE

28 ///

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to the request of counsel, and the court being fully apprised of the facts and circumstances, the above-captioned matter shall be dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 16, 2008

                              /s/ John A. Mendez
                              UNITED STATES DISTRICT COURT JUDGE

- 2

PDF created with pdfFactory trial version www.pdffactory.com